IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.:** |
| v. | : | |
| | : | **Count 1:** |
| **SAMUEL R. BERGER** | : | **18 U.S.C. §1924** |
| | : | **(Unauthorized Removal and Retention** |
| | : | **Of Classified Material --** |
| **Defendant.** | : | **Class A Misdemeanor)** |

**INFORMATION**

The United States of America informs the Court that:

COUNT ONE

At all times material to this Information:

1.      The defendant SAMUEL R. BERGER ("BERGER") was a consultant of the United States. BERGER acted as a consultant to the United States in his review of documents and materials containing classified information of the United States stored at the National Archives and Records Administration in Washington, DC.

2.      On or about September 2, 2003 and October 2, 2003, in the District of Columbia, defendant SAMUEL R. BERGER, a consultant of the United States, and by virtue of his position as consultant, being in possession of certain materials which contained classified information belonging to the United States, knowingly removed such material without authorization with intent to retain such material at an unauthorized location, in that BERGER knowingly removed classified documents from the National Archives and Records Administration and stored and retained such documents at places outside the National Archives and Records Administration, including his place of employment, which places were unauthorized locations for storage or

retention of such classified documents.

(All in violation of Title 18, United States Code, Section 1924)

                    JOHN J. DION
                    Chief, Counterespionage Section

                    NOEL L. HILLMAN
                    Chief, Public Integrity Section

                    _____
                    THOMAS REILLY
                    Trial Attorney
                    U.S. Department of Justice
                    Criminal Division
                    Counterespionage Section

                    _____
                    HOWARD SKLAMBERG
                    Trial Attorney
                    U.S. Department of Justice
                    Criminal Division
                    Public Integrity Section